

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Legg, Benson E. | United States District Court, Maryland | 06/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 101 W. Lombard Street <br> Suite 7A <br> Baltimore, Maryland 21201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. UTMA Trustee | Custodial Accounts at Legg Mason |
| 2. UTMA Trustee | Custodial Accounts at T.Rowe Price |
| 3. UTMA Trustee | Custodial Accounts at Smith Barney |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 27 A 11: 13 FINANCIAL DISCLOSURE OFFICE

Legg, Benson E

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 06/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Legg Mason Inc (CEO of Legg Mason Capital Mannagement) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 06/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Revolving credit card | K |
| 2. Bank of America | Revolving credit card | J |
| 3. Bank of America | Revolving credit card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T.Rowe Price New Horizons, UTMA #1 | A | Dividend | J | T | Buy (add'l) | 12/15 | J | | |
| 2. T.Rowe Price New Horizona, UTMA #2 | A | Dividend | J | T | Buy (add'l) | 12/15 | J | | |
| 3. Smith Barney (Bank Deposit)-IRA #1 | A | Interest | J | T | | | | | |
| 4. Smith Barney (LMNVX)-IRA #1 X | E | Dividend | M | T | Buy (add'l) | 2/14 | K | | |
| 5. Smith Barney (LMNOX)-IRA #1 X | F | Dividend | M | T | Buy (add'l) | 2/14 | L | | |
| 6. Smith Barney (Amazon.com)-IRA #2 | | None | L | T | | | | | |
| 7. Smith Barney (Bank Deposit)- IRA #2 - Dreyfus Money Market | A | Interest | J | T | | | | | |
| 8. Smith Barney (LMNVX)-IRA #2 X | D | Dividend | M | T | Buy (add'l) | 2/12 | J | | |
| 9. Smith Barney (LMNOX) - IRA #2 X | F | Dividend | N | T | Buy (add'l) | 2/12 | L | | |
| 10. Smith Barney (LMNVX)-IND #2 | D | Dividend | M | T | Sold (part) | 12/18 | K | A | |
| 11. Smith Barney (LMNVX)-IND #2 | | None | | | Buy (add'l) | 2/26 | J | | |
| 12. Smith Barney (LMNOX)-IND #2 | F | Dividend | M | T | Sold (part) | 12/18 | K | A | |
| 13. Smith Barney (LMNOX)-IND #2 | | None | | | Buy (add'l) | 2/26 | N | | |
| 14. Smith Barney (LMNSX)-IND #2 | | None | L | T | Buy | 12/18 | L | | |
| 15. Smith Barney (Amazon)-IND #2 | | None | L | T | | | | | |
| 16. Smith Barney (Cell Genesys)-IND #2 | | None | J | T | | | | | |
| 17. Smith Barney (Qualcomm)-IND #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Smith Barney (Legg Mason Inc)-IND #2 | E | Dividend | P1 | T | Buy (add'l) | 6/20 | M | | |
| 19. Smith Barney (Legg Mason Inc)-IND #2`` | | None | | | Buy (add'l) | 6/20 | L | | |
| 20. Smith Barney (Municipal MM) Deposit)-IND #2 | B | Int./Div. | L | T | | | | | |
| 21. Legg Mason 401K (Special Investment) | | None | J | T | | | | | |
| 22. Legg Mason 401K (Value/Inst) | | None | M | T | Buy (add'l) | 1/31 | L | | |
| 23. Deutsche Bank Options (Legg Mason) #2 | | None | J | T | | | | | |
| 24. Legg Mason Phantom Stock Plan | B | Dividend | L | T | Buy (add'l) | 4/7 | L | | |
| 25. River Hotel, Baltimore, MD | D | Interest | J | W | | | | | |
| 26. Pioneer Natural Resources | A | Dividend | J | W | | | | | |
| 27. HCW Drilling Partnership Units 1980-1, Unpriced Security | | None | J | W | | | | | |
| 28. HCW Drilling Partnerships Units 1979-1, Unpriced Security | | None | J | W | | | | | |
| 29. Koger Partnership, LTD | | None | J | W | | | | | |
| 30. Legg Mason ESPP (The Bank of NY Mellon) | B | Dividend | L | T | Buy (add'l) | 1/22 | K | | |
| 31. Legg Mason Inst Funds #1 (Value Trust), UTMA #1 | | None | K | T | Buy | 12/24 | K | | |
| 32. Legg Mason Inst Funds #1 (Oppr Trust), UTMA #1 | E | Dividend | L | T | Sold (part) | 12/24 | K | A | |
| 33. Legg Mason Inst Funds #1 (Oppr Trust), UTMA #1 | | None | | | Buy (add'l) | 6/20 | K | | |
| 34. Legg Mason Inst Funds #2 (Value Trust), UTMA #2 | | None | K | T | Buy | 12/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Legg Mason Inst Funds #2 (Oppr Trust), UTMA #2 | E | Dividend | L | T | Sold (part) | 12/23 | K | A | |
| 36. Legg Mason Inst Funds #2 (Oppr Trust), UTMA #2 | | None | | | Buy (add'l) | 6/20 | K | | |
| 37. Smith Barney UTMA #1 X | | None | J | | | | | | |
| 38. Smith Barney UTMA #2 X | | None | J | | | | | | |
| 39. Smith Barney Grat, (Legg Mason) X | D | Dividend | J | T | Transferred (to line 18) | | | | |
| 40. Smith Barney Grat. (Bank Deposit | A | Interest | J | T | | | | | |
| 41. Legg Mason Capital Management Research Fund | A | Dividend | K | W | | | | | |
| 42. Smith Barney (Bank Deposit)- IRA #3 | A | Dividend | J | T | | | | | |
| 43. Smith Barney (LMOPX)- IRA #3 X | A | Dividend | J | T | Buy (add'l) | 4/21 | J | | |
| 44. Smith Barney (Bank Deposit) | A | Interest | N | T | | | | | |
| 45. Smith Barney (Bank Deposit) | B | Dividend | N | T | | | | | |
| 46. Smith Barney (CD) | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Legg, Benson E. | 06/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts:

Smith Barney (LMNSX) - IND #2 (item 14) is a newly established account.

Legg Mason Inst Funds #1 (Value Trust), UTMA#1 (item 31) is a newly established account.

Legg Mason Inst Funds #2 (Value Trust, UTMA #2 (item 34) is a newly established account.

Legg Mason Capital Management Research Fund (item 41) is a newly established account.

Smith Barney (Bank Deposit) - IRA #3 (item 42) is a newly established account.

Smith Barney (LMNOPX) - IRA #3 X (item 43) is a newly established account.

Smith Barney (Bank Deposit) (item 44 & 45) is a newly established account.

Smith Barney (CD) (item 46) is a newly established account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

July 17, 2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544